UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA           :

       -v-                       :        16-CR-387-10 (JMF)

JOSE MARTINEZ-DIAZ,            :          ORDER

           Defendant.     :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 25, 2026, the Court received Defendant Jose Martinez-Diaz's Motion for Compassionate Release. *See* ECF No. 958. The Government shall file any opposition to the motion by **July 17, 2026**, and Defendant shall file any reply by **August 7, 2026**.

The Clerk of Court is directed to mail this Order to:

> Jose Martinez-Diaz
> Register No. 52876-069
> Federal Medical Center
> P.O. BOX 14500
> Lexington, KY 40511

SO ORDERED.

Dated: June 26, 2026
      New York, New York

_____
          JESSE M. FURMAN
         United States District Judge